JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5040FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DUE DATE |
| EDWARD FERGUSON, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to March 2, 2006.

DONE this 1st day of March, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Miriam Schwartz
Assistant Federal Public Defender

/s/
Kent Liu
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS' DUE DATE     1
CR06-5040(FDB)

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710