JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-5040FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE AND PRETRIAL MOTIONS' |
| EDWARD FERGUSON, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, and the Defendant's Waiver of Speedy Trial Rights, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance n this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial in this matter be continued to June 26, 2006, at 9:00 a.m. with a pretrial motions' deadline of March 31, 2006, and a Pretrial

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1    Conference scheduled for June 16, 2006.

2           The period of delay resulting from this continuance of the trial date from March

3    27, 2006, up to and including the new trial date of June 26, 2006 is hereby excluded for

4    speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

5           DONE this 8th day of March, 2006.

6

7

8

9                                              _____

10

11                                             FRANKLIN D. BURGESS
                                               UNITED STATES DISTRICT JUDGE

12

13
     Presented by:
14

15

16    /s/
     _____
17   MIRIAM F. SCHWARTZ
     Attorney for Defendant
18

19

20    /s/
     _____
21   KENT Y. LIU
     Assistant United States Attorney
22

23

24

25

26

ORDER GRANTING STIPULATED MOTION                           **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL DATE AND                                 **1331 Broadway, Ste. 400**
PRETRIAL MOTIONS' DEADLINE              2                  **Tacoma, Washington  98402**
                                                           **(253) 593-6710**