Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD DUANE FERGUSON, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR06-5040FDB <br><br> ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANTS' PRETRIAL MOTIONS |

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's pretrial motion shall be due no later than April 20, 2006.

DATED this 12th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
JOHN McKAY
United States Attorney

s/ Kent Y. Liu                                         s/ Miriam Schwartz (Per telephonic approval)
KENT Y. LIU                                            MIRIAM SCHWARTZ
Special Assistant United States Attorney   Attorney for Edward Ferguson

[PROPOSED] ORDER
U.S. v. FERGUSON/CR06-5040FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800